# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE:<br><br>JACOB JOSEPH ASHMORE | CASE NO: 21-01220-CPM<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 13<br>ECF Docket Reference No. 25 |

On 10/20/2021, a copy of the following documents, described below,

  Order Dismissing ECF Docket Reference No. 25

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/20/2021

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jon M. Waage
Chapter 13 Trustee
PO Box 25001
Bradenton, FL  34206-5001

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | CASE INFO | CM/ECF E-SERVICE |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING 113A8<br>CASE 8-21-BK-01220-CPM<br>MIDDLE DISTRICT OF FLORIDA<br>TAMPA<br>WED OCT 20 13-57-36 EDT 2021 | NOTE   ENTRIES WITH A + AT THE END OF THE<br>NAME HAVE AN EMAIL ADDRESS ON FILE IN CMECF | BRIAN P BUCHERT +<br>THE LAW OFFICE OF BRIAN P BUCHERT PA<br>3249 WEST CYPRESS STREET SUITE A<br>TAMPA FL 33607-5153 |
| CAVALRY PORTFOLIO SERVICE<br>ATTN BANKRUPTCY<br>500 SUMMIT LAKE DR STE 400<br>VAHALLA NY 10595-2322 | CAVALRY SPV I LLC<br>500 SUMMIT LAKE DRIVE STE 400<br>VALHALLA NY 10595-2321 | DEPARTMENT OF REVENUE<br>PO BOX 6668<br>TALLAHASSEE FL 32314-6668 |
| DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | DISCOVER FINANCIAL<br>CO ERIK ZOGG ESQ<br>PO BOX 48979<br>TAMPA FL 33646-0125 | DISCOVERY FINANCIAL<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| FLORIDA WEST COAST CREDIT UNION<br>CO J BLAIR BOYD ESQ<br>POST OFFICE BOX 3637<br>TALLAHASSEE FL 32315-3637 | FLORIDA WEST COAST CREDIT UNION<br>1225 MILLENNIUM PKWY<br>BRANDON FL 33511-3894 | FLORIDA WEST COAST CU<br>3020 MELBOURNE BV<br>TAMPA FL 33605-1600 |
| GENESIS FS CARD<br>PO BOX 4477<br>BEAVERTON OR 97076-4401 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | DEBTOR<br>JACOB JOSEPH ASHMORE<br>227 BELFORT PLACE<br>VALRICO FL 33594-3006 |
| CM/ECF E-SERVICE<br>JOHN BLAIR BOYD +<br>SORENSON VAN LEUVEN LAW FIRM<br>POST OFFICE BOX 3637<br>TALLAHASSEE FL 32315-3637 | CM/ECF E-SERVICE<br>JON WAAGE +<br>P O BOX 25001<br>BRADENTON FL 34206-5001 | JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| JPMORGAN CHASE BANK NA<br>SBMT CHASE BANK USA NA<br>CO ROBERTSON ANSCHUTZ  SCHNEID PL<br>6409 CONGRESS AVENUE SUITE 100<br>BOCA RATON FL 33487-2853 | MIDLAND CREDIT MANAGEMENT INC<br>PO BOX 2037<br>WARREN MI 48090-2037 | NAVY FCU<br>PO BOX 3000<br>MERRIFIELD VA 22119-3000 |
| PINNACLE SERVICE SOLUTIONS LLC<br>4408 MILESTRIP RD 247<br>BLASDELL NY 14219-2553 | QUANTUM3 GROUP LLC AS AGENT FOR<br>CREDIT CORP SOLUTIONS INC<br>PO BOX 788<br>KIRKLAND WA 98083-0788 | SYNCHRONY BANK  AMAZON<br>PO BOX 965060<br>ORLANDO FL 32896-5060 |
| CM/ECF E-SERVICE<br>UNITED STATES TRUSTEE   TPA713 7+<br>TIMBERLAKE ANNEX SUITE 1200<br>501 E POLK STREET<br>TAMPA FL 33602-3949 | USDOE  GLELSI<br>PO BOX 7860<br>MADISON WI 53707-7860 | |